UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. MURRAY, | Case No. 2:25-03268 MWF (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| B. BIRKHOLZ, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. No. 1), Respondent's Motion to Dismiss (Dkt. Nos. 9, 29), Petitioner's Opposition to the Motion to Dismiss (Dkt. No. 22, 27), Petitioner's Motion to Amend Petition (Dkt. No. 30), and the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 33). Petitioner did not file objections to the Report and Recommendation and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 33);

2. The Motion to Dismiss is granted, and this action is dismissed;

3. The Motion to Amend Petition is denied; and

4. Judgment is to be entered accordingly.

Dated: March 23, 2026 _____

MICHAEL W. FITZGERALD
United States District Judge

2