JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES M. MURRAY,

                    Petitioner,

          v.

B. BIRKHOLZ,

                    Respondent.

Case No. 2:25-03268 MWF (ADS)

JUDGMENT

    Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges this action dismissed.

Dated: March 23, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge